**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ZHENGKUN QU and JUAN DAI,

Petitioners,

v.

JAMES JANECHA, et al.,

Respondents.

Case No. 5:26-CV-05419-CTS

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release filed October 9, 2026 (ECF No. 10), IT IS ADJUDGED that Count Three of the Petition is granted, and the remaining Counts are dismissed without prejudice.

DATED: October 13, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE